# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **COMPUTER SERVICES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV440 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ACI WORLDWIDE CORP.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Leave to Take Deposition of Eugene Jared (Filing No. 13). The plaintiff filed an index of evidence (Filing No. 14) in support of the motion. The defendant filed a brief (Filing No. 15) and two indices of evidence (Filing Nos. 16 and 17) in opposition to the motion. The court held a telephone conference with counsel for the parties on December 3, 2008. Upon consideration,

**IT IS ORDERED:**

The plaintiff's Motion for Leave to Take Deposition of Eugene Jared (Filing No. 13) is granted. The plaintiff may notice Mr. Jared's deposition in accordance with the federal and local rules governing civil actions.

DATED this 3rd day of December, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge